■ STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent, v ANTHONY DANIELS et al., Defendants, and NICHOLAS DONVITO, SR., as Administrator of the Estate of NICHOLAS DONVITO, JR., Deceased, Appellant. (Appeal No. 2.) [703 NYS2d 798] —Appeal unanimously dismissed without costs (*see, Matter of Kolasz v Levitt,* 63 AD2d 777, 779). (Appeal from Amended Judgment of Supreme Court, Onondaga County, Mordue, J.—Declaratory Judgment.) Present—Green, A. P. J., Wisner, Pigott, Jr., Hurlbutt and Scudder, JJ.